JOSEPH SCERBO, PETITIONER-DEFENDANT, v. CURTISS WRIGHT CORPORATION, RESPONDENT-PROSECUTOR.

Argued January 22, 1947—Decided May 7, 1947.

Before Justices PARKER, DONGES and EASTWOOD.

For the prosecutor, *John W. Taylor.*

For the defendant, *Louis Winer.*

PER CURIAM.

This is the employer's application for *certiorari* to review the award of compensation in a hernia case. Admittedly there had been a pre-existing hernia which had been operated

some time before the alleged accident. There was a question of fact as to whether or not application of force directly to the abdominal wall produced the condition for which compensation was sought, and a question of law is presented as to the compensability of an aggravation of a pre-existing condition of this sort. In view. of the holdings of our courts on like and similar questions, *Furferi* v. *Pennsylvania Railroad Co.,* 117 *N. J. L.* 508; *Mandel* v. *Federal Shipbuilding and Drydock Co.,* 132 *Id.* 513; reversed, 133 *Id.* 311; *Fusco* v. *Cambridge Piece Dyeing Corp.,* 135 *Id.* 160; 50 *Atl. Rep.* (2*d*) 870, we are of the opinion that a debatable question is presented and that a writ of *certiorari* should be allowed.